UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARGILL, INCORPORATED ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case 2:09-cv-00414-PGS-ES |
| ) | |
| NANTONG FOREIGN TRADE MEDICINES ) | |
| AND HEALTH PRODUCTS CO., LTD., DNP ) | |
| INTERNATIONAL, INC., TIANCHENG ) | |
| INTERNATIONAL, INC. (USA), HYGIEIA ) | |
| HEALTH CO., LTD., TSI HEALTH SCIENCES, ) | |
| INC. (USA), and ETHICAL NATURALS, INC. ) | |
| ) | |
| Defendants. ) | |

### ORDER

This cause coming before the Court on Plaintiff's Notice of Dismissal Under Rule 41(a)(1)(A)(i), proper notice having been served and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT Plaintiff's action is dismissed without prejudice against Defendant DNP International, Inc. pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. It is further Ordered that this Order be served on defendant within 10 days

DATED: 7/30/09                     Peter M[illegible]
                                   UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 29, 2009, she caused a copy of the foregoing Order to be served upon the following by United Postal Service overnight express:

> David Ji
> President
> DNP INTERNATIONAL, INC.
> 12802 Leffingwell Avenue
> Bldg. E
> Santa Fe Springs, CA 90670

_____
Melissa B. Francis